IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RYAN HUGHES,<br><br>  Plaintiff,<br><br>vs.<br><br>RIDLEY USA INC. d/b/a HUBBARD FEEDS, INC.,<br><br>  Defendant. | CV 23–15–BU–DLC<br><br><br>ORDER |

Before the Court is Plaintiff Ryan Hughes' motion for leave to file under seal.  (Doc. 35.)  Plaintiff seeks leave to file an exhibit in support of his Response to Defendant's motion for summary judgment under seal because it has been designated "Confidential" pursuant to a confidentiality agreement executed between the parties.

Accordingly, IT IS ORDERED the Motion (Doc. 35) is GRANTED.  The subject document was previously lodged under seal (Doc. 36) and no further action from Plaintiff is necessary.

DATED this 28th day of May, 2024.

_____
Dana L. Christensen, District Judge
United States District Court