IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RYAN HUGHES,<br><br>     Plaintiff,<br><br>  vs.<br><br>RIDLEY USA INC. d/b/a HUBBARD<br>FEEDS, INC.,<br><br>     Defendant. | CV 23–15–BU–DLC<br><br><br>ORDER |

Before the Court is the parties' stipulation for dismissal with prejudice. (Doc. 60.) For good cause appearing,

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE with each party to bear their own attorney's fees and costs. The Clerk of Court is directed to close this file.

DATED this 11th day of October, 2024.

Dana L. Christensen, District Judge
United States District Court